IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALICIA KIRKLAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-1754-N |
| | § | |
| RACETRAC PETROLEUM, INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's Motion to Dismiss [Dkt. No. 22] is GRANTED. Plaintiff's claims regarding privileged statements to the Texas Workforce Commission and her claim of wrongful termination under *Sabine Pilot* are DISMISSED WITH PREJUDICE, and her claims for libel, libel *per se,* defamation *per se,* and injurious falsehood are DISMISSED WITHOUT PREJUDICE.

Plaintiff's motion to amend [Dkt. No. 28] is GRANTED, and she is permitted to file an amended complaint, consistent with the conclusions and recommendation made by Judge David L. Horan, within 21 days of the date of this order.

SO ORDERED this 13th day of March, 2014

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE